**Exhibit A to the Complaint**

**Location:** East Brunswick, NJ  **IP Address:** 73.80.191.41
**Total Works Infringed:** 56  **ISP:** Comcast Cable

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 53DD9DA9E0B24B4961098D0683C348309445E260 | 03/28/2019 18:02:00 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 2 | 0160A3F1D03FA72208EEA37121C853D80C8B161D | 03/29/2019 00:00:29 | Blacked Raw | 12/03/2018 | 01/22/2019 | PA0002149845 |
| 3 | 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C | 02/15/2019 17:24:49 | Vixen | 07/23/2018 | 09/05/2018 | PA0002135670 |
| 4 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | 02/15/2019 20:15:42 | Blacked | 11/06/2017 | 11/27/2017 | PA0002097974 |
| 5 | 1370C51E6EC227CA518D2A1134D4A9308CF6F965 | 02/16/2019 02:10:40 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 6 | 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96 | 02/15/2019 20:00:25 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 7 | 23CBED3813DD9DE68B4DA0E04F9F4ABCD9A951CA | 05/04/2017 20:00:28 | Vixen | 03/25/2017 | 06/05/2017 | PA0002050771 |
| 8 | 25BB736475DB18C804D23B6C8888A5CA4BC9F352 | 02/16/2019 21:09:41 | Vixen | 02/28/2018 | 04/17/2018 | PA0002116071 |
| 9 | 2CB43429526775645D5837FE2C63CFFB1B0D2802 | 02/15/2019 19:38:28 | Vixen | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 10 | 2D77D2EA1B7AC46CDE6BA255AAEE31107E027A08 | 02/15/2019 20:10:18 | Tushy | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 11 | 400625A24D4B1350C5C9869DC1C9F7767C73C4D3 | 02/15/2019 20:55:40 | Tushy | 06/30/2018 | 07/26/2018 | PA0002112157 |
| 12 | 41577E4102ED339277357B7EF3E97C1347487EE2 | 02/16/2019 01:55:17 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 13 | 42FB29936F0773461AB894640E5895EE9B843742 | 02/16/2019 20:47:11 | Tushy | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 14 | 45A3934BE0C445FF3329D7577E3DCDAD5D94CE27 | 02/16/2019 03:10:28 | Tushy | 01/31/2019 | 02/22/2019 | PA0002155140 |
| 15 | 45D4AF0C0675541261833DD3255ABBED35C8CBD4 | 02/16/2019 03:36:23 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 16 | 4670519255EEFD11D8740328CB025AE98351F54C | 03/28/2019 17:40:35 | Vixen | 08/22/2018 | 09/05/2018 | PA0002135676 |
| 17 | 47CE723D84C0A2028A53B98FE9431C963A280E54 | 02/16/2019 07:11:22 | Tushy | 02/25/2018 | 03/01/2018 | PA0002079188 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 55298BBC330B3C971890294BDE7CAC90F58A2867 | 03/28/2019 17:47:42 | Vixen | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 19 | 5954CA36DA9BD29C667D78C6FA6EE9CFB6C65806 | 03/28/2019 17:44:33 | Vixen | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 20 | 5C129E1870A36D3B353ED0950B4E7BD485B3DA50 | 03/28/2019 15:19:37 | Tushy | 02/15/2018 | 03/02/2018 | PA0002104881 |
| 21 | 5EFCC9880947C80F73A6CDD0B960C1FEFA5E846A | 03/28/2019 15:16:26 | Tushy | 03/17/2018 | 04/17/2018 | PA0002116750 |
| 22 | 715C2B25BDAD9A8397CBBA8D15356FDE24B5BC94 | 02/16/2019 21:01:42 | Vixen | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 23 | 7927D991B118B583CD71828F2F63A12B4635B5E7 | 02/15/2019 19:51:44 | Tushy | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 24 | 7ADD0E09EEEF892982208191A8808453A1480C84 | 03/28/2019 15:12:33 | Tushy | 10/28/2018 | 12/10/2018 | PA0002145831 |
| 25 | 7B75F10ACF4BAA5B3A8D5265CFCAC24A2F0E0B18 | 03/28/2019 15:39:59 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |
| 26 | 8151CF541971EF70109DA42D60358D50840274AE | 02/16/2019 01:36:34 | Tushy | 01/26/2018 | 02/20/2018 | PA0002104196 |
| 27 | 8FEB7B713AAC2A4F8565238C5357FCE88E9CE896 | 02/16/2019 02:02:40 | Vixen | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 28 | 9398F92D76C2130EF50E20A1943442FFEC964A7B | 02/15/2019 20:51:47 | Tushy | 01/01/2019 | 02/02/2019 | PA0002155376 |
| 29 | 96C5FAB5B28BFD4CE4F2E8F1374B1E24026A6281 | 03/28/2019 15:38:34 | Tushy | 11/12/2018 | 12/10/2018 | PA0002145826 |
| 30 | 9BCDA87B3872B3125CB36297C6AE8626F27C4BEE | 03/28/2019 16:08:21 | Tushy | 12/07/2018 | 01/22/2019 | PA0002149849 |
| 31 | 9C643ACA38FD9D470613CE49A612A20A07950A43 | 03/24/2019 23:07:40 | Vixen | 04/29/2018 | 06/19/2018 | PA0002126677 |
| 32 | 9E23D180CE13A745D888960C51567F094143E3F7 | 02/16/2019 03:30:05 | Tushy | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 33 | A9ED70EE5C0527DDC912EFFBCA1E09E8771F8A99 | 02/16/2019 00:39:12 | Vixen | 10/11/2018 | 10/28/2018 | PA0002130457 |
| 34 | AA99615AE6C723CB3050DAC4D48D914E6D5CC02F | 02/16/2019 04:57:00 | Blacked Raw | 05/17/2018 | 06/19/2018 | PA0002126644 |
| 35 | BD854768B2F7F60A088E5A249207DEACEE5A7CD0 | 03/28/2019 18:02:57 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 36 | C0AF0E461A6C6EDA52D70A44F8B3685FD1ABCFA3 | 02/16/2019 02:00:20 | Vixen | 08/02/2018 | 09/01/2018 | PA0002119574 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | C4705CDBE06284FCCC4E7C0AFA85554E5CE10645 | 02/16/2019 03:15:44 | Tushy | 04/06/2018 | 06/19/2018 | PA0002126674 |
| 38 | C6A1BFC8E6A06324D0570107BDE676316E8F8911 | 03/28/2019 17:38:11 | Vixen | 03/15/2018 | 04/17/2018 | PA0002116747 |
| 39 | C75D2E32CF8D8B2AC61DA56AA33AEE3C70EE140D | 03/28/2019 15:25:29 | Tushy | 08/04/2018 | 09/01/2018 | PA0002119573 |
| 40 | C8FCB72512181DEBF68798064F57215F137CC369 | 02/16/2019 18:23:45 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 41 | C9B0FE824EC74B4492017E5AA090C08B4314BF82 | 03/28/2019 17:38:14 | Vixen | 01/19/2019 | 02/22/2019 | PA0002155139 |
| 42 | CFEBC9AE50CD5776401B39FF5FF280EB18AED998 | 03/28/2019 17:35:03 | Vixen | 05/14/2018 | 06/19/2018 | PA0002126499 |
| 43 | D208EBB4587375C55F970B3578E75879588611CB | 02/16/2019 05:08:10 | Tushy | 02/13/2019 | 03/11/2019 | PA0002158596 |
| 44 | D33B55F4B260300934470B2571AA379EBBA73038 | 02/16/2019 02:24:37 | Vixen | 12/10/2018 | 01/22/2019 | PA0002149491 |
| 45 | D375F105B52A3AC98CBB404F4E4BF08B2820686C | 03/31/2019 05:03:46 | Vixen | 01/09/2019 | 02/02/2019 | PA0002155377 |
| 46 | DFCCBFB7EED852E6617D609C4731A1744A9862A9 | 02/15/2019 08:38:06 | Tushy | 05/16/2018 | 06/19/2018 | PA0002126446 |
| 47 | E61DE5DC0D526D171232A8994EAF508BD4CD7092 | 03/31/2019 04:43:49 | Tushy | 01/21/2019 | 02/22/2019 | PA0002155131 |
| 48 | E84318F2F7FB9B4CDF76506BA67BC638FF1ECDCF | 03/28/2019 15:28:27 | Tushy | 12/02/2018 | 12/18/2018 | PA0002141917 |
| 49 | E8FDE02B470854F96FE03570C920B30F274A14E2 | 02/15/2019 18:53:50 | Tushy | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 50 | ECEC874C21239A30F35D90C14D825619A4E8486A | 02/16/2019 05:44:30 | Blacked Raw | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 51 | EFDB886D8D69B8D7CC31153066C52424FA716283 | 03/28/2019 17:37:24 | Vixen | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 52 | F20B19B7F5712F23C40B88EE520E8BD18E90217B | 03/28/2019 17:26:53 | Vixen | 08/27/2018 | 10/16/2018 | PA0002127789 |
| 53 | F445823EE2BB5E4BF4886EB8490DF47ACC438C4E | 02/15/2019 18:52:21 | Tushy | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 54 | F4AA138039846AD2D2205FAA3036CD827E520187 | 02/15/2019 19:44:14 | Tushy | 10/18/2017 | 11/30/2017 | PA0002098004 |
| 55 | F7584EAD8BB810CD75BB8B1AC568E48EE5CC21A0 | 02/16/2019 00:23:44 | Blacked Raw | 12/18/2018 | 02/02/2019 | PA0002155391 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 56 | FD928994BB900C0D711D62EB937A56C97C5AE985 | 03/23/2019 05:58:01 | Vixen | 10/16/2018 | 10/28/2018 | PA0002130458 |