**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:	John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 285-3239
Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 73.80.191.41,<br><br>    Defendant. | Case No. 3:19-cv-10236-FLW-DEA<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL WITH PREJUDICE** |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 73.80.191.41 are voluntarily dismissed with prejudice.

DATED: July 16, 2019      Respectfully submitted,

               **THE ATKIN FIRM, LLC**

               *Attorneys for Plaintiff,*
               *Strike 3 Holdings, LLC*

               */s/ John C. Atkin, Esq.*
               John C. Atkin, Esq.

## CERTIFICATE OF SERVICE

      I hereby certify that on July 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                              By:    /s/ *John C. Atkin*
                                                         John C. Atkin, Esq.